UNITED STATES of America, Plaintiff–Appellee

v.

Jose Daniel ARRIAGA–LEYVA, also known as Jose Daniel Arriaga, Defendant–Appellant.

No. 10–51142

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 21, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Jesus Olivas, Attorney, El Paso, TX, for Defendant–Appellant.

Before BENAVIDES, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jose Daniel Arriaga–Leyva presents an argument that he concedes is foreclosed by *Almendarez–Torres v. United States,*

523 U.S. 224, 228, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that convictions used to enhance a sentence under 8 U.S.C. § 1326(b)(2) need not be set forth in the indictment. Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be